UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MILES DAVIS, #176948

    Plaintiff,

V.

ANTONIO ALVAREZ,
JIM PERRY, AND
TRINITY SERVICE GROUP,

    Defendants.

HONORABLE. LINDA V. PARKER
UNITED STATES DISTRICT JUDGE
HONORABLE ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

CASE NO: **2:19-cv-13062-LVP-EAS**

CERTIFICATE OF SERVICE

I, Miles Davis certify that on February 11, 2020, I sent via U.S. Mail 1st class postage prepaid through the Michigan Department of Correction at Kinross Correctional Facility, a Copy of Petitioners Notice of Address Change and Motion for Enlargement of Time, to:

    Alexander B. Chosid
    MO Bar #64780
    TKC Holdings, Inc.
    1260 Andes Blvd.
    St. Louis, MO. 63132

*Miles Davis*
Miles Davis, #176948

FILED
FEB 19 2020
CLERK'S OFFICE
DETROIT