UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MILES DAVIS, #176948, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Linda V. Parker |
| | ) | Mag. Elizabeth A. Stafford |
| v. | ) | |
| | ) | |
| ANTONIO ALVAREZ, | ) | |
| JIM PERRY, AND | ) | |
| TRINITY SERVICE GROUP, | ) | C.A. No. 2:19-cv-13062-LVP-EAS |
| | ) | |
| Defendants. | ) | |

Miles Davis, #176948
Kinross Correctional Facility
4533 W. Industrial Park Drive
Kincheloe, MI  49788
     In Pro Per

----------------------------------------

Alexander B. Chosid
MO Bar #64780
TKC Holdings, Inc.
1260 Andes Blvd.
St. Louis, MO  63132
T: (314) 214-2806
F: (314) 214-2794
Alex.Chosid@tkcholdings.com

**LIMITED APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS ALVAREZ AND PERRY'S**

COMES NOW Alexander B. Chosid and enters his limited appearance on behalf of Defendants Antonio Alvarez and Jim Perry, for the sole purpose of contesting service.

Respectfully submitted,

March 16, 2020

/s/ Alexander B. Chosid
Alexander B. Chosid, MO Bar #64780
TKC Holdings, Inc.
1260 Andes Blvd.
St. Louis, MO 63132
T: (314) 214-2806
F: (314) 214-2794
alex.chosid@tkcholdings.com

<u>CERTIFICATE OF SERVICE</u>

  I, Alexander B. Chosid, hereby certify that on this 16th day of March, 2020, a true and accurate copy of the foregoing was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance to date.

  I also certify that a true and accurate copy of the foregoing was served via Federal Express, postage prepaid, upon the following:

Miles Davis, #176948
Kinross Correctional Facility
4533 W. Industrial Park Drive
Kincheloe, MI 49788
Plaintiff- pro se

               /s/ Alexander B. Chosid
               Alexander B. Chosid (MO Bar #64780)