UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MILES DAVIS, #176948, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Linda V. Parker |
| | ) | Mag. Elizabeth A. Stafford |
| v. | ) | |
| | ) | |
| ANTONIO ALVAREZ, | ) | |
| JIM PERRY, AND | ) | |
| TRINITY SERVICE GROUP, | ) | C.A. No. 2:19-cv-13062-LVP-EAS |
| | ) | |
| Defendants. | ) | |
| | ) | |

Miles Davis, #176948
Gus Harrison Correctional Facility
2727 E. Beecher Street
Adrian, MI 49221
    In Pro Per

-----------------------------------------

Alexander B. Chosid
MO Bar #64780
TKC Holdings, Inc.
1260 Andes Blvd.
St. Louis, MO 63132
T: (314) 214-2806
F: (314) 214-2794
Alex.Chosid@tkcholdings.com

    Notice of Compliance With Court Order and
    Response to Plaintiff's Motion to Stay

NOTICE OF COMPLIANCE WITH COURT ORDER AND
RESPONSE TO PLAINTIFF'S MOTION TO STAY

COMES NOW undersigned counsel for the Trinity Services Group, Inc.'s ("Trinity") and provides notice that the last known addresses of Defendants Alvarez and Perry have been provided to the U.S. Marshals for the Eastern District of Michigan pursuant to this Court's Order directing the same. [Doc. 24].

Additionally, Plaintiff filed a Reply [sic] to Defendants Perry and Alvarez' Motion to Quash Service on April 6, 2020, but it was added to the Court's docketing system on April 30, 2020. [Doc. 26]. Therein, Plaintiff requests a 120 day stay of this matter in light of the COVID-19 Crisis. Trinity does not object to this stay.

Respectfully submitted,

May 1, 2020

/s/ Alexander B. Chosid
Alexander B. Chosid, MO Bar #64780
TKC Holdings, Inc.
1260 Andes Blvd.
St. Louis, MO 63132
T: (314) 214-2806
F: (314) 214-2794
Alex.Chosid@tkcholdings.com

## CERTIFICATE OF SERVICE

      I, Alexander B. Chosid, hereby certify that on this 1st day of May, 2020, a true and accurate copy of the foregoing was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance to date.

      I also certify that a true and accurate copy of the foregoing was served via Federal Express, postage prepaid, upon the following:

Miles Davis, #176948
Kinross Correctional Facility
4533 W. Industrial Park Drive
Kincheloe, MI  49788
Plaintiff- pro se

                                         /s/ Alexander B. Chosid
                                         Alexander B. Chosid (MO Bar #64780)