UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MILES DAVIS, | Civil Action No.: 19-13062 |
| | Honorable Linda V. Parker |
| Plaintiff, | Magistrate Judge Elizabeth A. Stafford |
| v. | |
| ANTONIO ALVAREZ, | |
| Defendant. | |
| _____/ | |

**ORDER TO DISCLOSE THE ADDRESS OF
ALVAREZ TO THE U.S. MARSHAL**

In April 2020, the Court ordered Trinity,[1] through attorney Alexander B. Chosid,[2] to provide the U.S. Marshal Service for the Eastern District of Michigan with the last known address for Antonio Alvarez. [ECF No. 24]. Mr. Chosid filed a notice of compliance with this order, [ECF No. 27], but the U.S. Marshal Service informed the Court that it has no record of receiving Alvarez's last known address. Thus, although the Court does not

---

[1] Trinity was dismissed from the case in September 2020. [ECF No. 31; ECF No. 36].

[2] The Court reminds Mr. Chosid that, although he made a "limited appearance" on behalf of Alvarez, he remains Alvarez's attorney until a final order disposing of the claims against him or an order permitting Chosid to withdraw. [ECF No. 24, PageID.103 n.2 (citing E.D. Mich. LR 83.25)].

suggest that Mr. Chosid's notice was dishonest, it must issue this new order.[3]

The Court **ORDERS** Mr. Chosid to provide Alvarez's last known address to the U.S. Marshal, and to file notice of doing so, by **January 11, 2021**.  The Court further **ORDERS** that the U.S. Marshal notify Judge Stafford's case manager and the Clerk of Court when it receives Alvarez's last known address so that a new summons can be issued.

Dated: January 5, 2021

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

---

[3] Perhaps Mr. Chosid mistakenly misdirected the notice of Alvarez's last known address.  In case that happened, the Court clarifies that the notice should be sent to the attention of the U.S. Marshal Service at 231 W. Lafayette Blvd., Rm. 335, Detroit, MI 48226.

## **NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 5, 2021.

s/Marlena Williams
MARLENA WILLIAMS
Case Manager
