UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILES DAVIS,
    Plaintiff,

Case No. 2:19-cv-13062
HON. Linda V. Parker

V.

ANTONIO ALVAREZ,
    Defendant, /

**PLAINTIFF'S MOTION REQUESTING THE COURT
PUT DEFENDANT ANTONIO ALVAREZ'S ATTORNEY
IN CONTEMPT OF COURT FOR FAILING TO ADHERE
TO THIS COURT'S ORDER DATED 1/05/2021**

    NOW COMES Plaintiff Miles Davis, in Pro Per, moves this Court to put attorney Alexander R. Chosid in contempt of court, for failing to adhere to this Court's order to give the U.S. Marshal Service Alvarez's last known address. (ECF No. 39). This Court has given Mr. Chosid ample time to comply, it appears that counsel is trying to let the time pass so the Plaintiff's case will be dismissed for failure to prosecute. Clearly counsel has the Defendant's known address, as he is representing the Defendant. The Plaintiff contends that his case is being held up by counsel's refusal to comply with this Court's order, which justifies this Court putting counsel in contempt.

Respectfully,

C.C. Filed

/s/ Miles Davis
4-09-2021

Miles Davis 176948

**State of Michigan**
**Department of Corrections**
*"Committed to Protect, Dedicated to Success"*

Kinross Correctional Facility
4533 W. Industrial Park Dr.
Kincheloe, MI 49788

RECEIVED
APR 19 2021
THOMAS L. LUDINGTON
U.S. DISTRICT JUDGE

TRAVERSE CITY MI
12 APR 2021 PM 3

Honorable Linda V. Parker
Clerk of the Court
United States District Court
1000 Washington Ave.
P.O. Box 913
Bay City, Michigan 48707

48707-091313

RECEIVED
MAY - 3 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

4-12-21

U.S. POSTAGE PITNEY BOWES
ZIP 49788 $ 000.51⁰
02 4W
0000361578 APR 12 2021