3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILES DAVIS,
    Plaintiff,

Case No. 2:19-cv-13062
HON. Linda V. Parker

V.

ANTONIO ALVAREZ, et al.,
    Defendants,/

PLAINTIFF'S OBJECTION TO DEFENDANT'S
ANTONIO ALVEREZ ATTORNEY'S MOTION TO
WITHDRAW AS COUNSEL FOR THE DEFENDANT

    NOW COMES Plaintiff Miles Davis, in Pro Per, objecting to counsel Alexander B. Chosid's motion to withdraw as counsel for Antonio Alvarez, the Plaintiff asserts the following in his support:

    Clearly, Mr. Chosid is trying to circumvent this Court's Order, in an attept to evade being in contempt, as this attorney could have filed this motion a year ago, as, according to counsel, has not seen or consulted with Mr. Alvarez, but this is impossible, unless he is ghost writing; in other words, is counsel saying that the prior pleadings he has filed on behalf of Mr. Alvarez, were done without consulting with Alvarez? Surely this is illegal, to submit a pleading, such as, a motion to withdraw from mediation,

(1)

POOR QUALITY ORIGINAL

is not this type of decision made by the Defendant, whether he wants to participate in mediation or not? So if counsel has never spoken with Alvarez, then Alvarez did not make the decision to drop out of mediation, counsel did.

The Plaintiff believes that there is foul play, that counsel has come up with the scheme to hide Mr. Alvarez's whereabouts long enough for the Court to dismiss the case for want of prosecution, as it is not conceivable to the Plaintiff that counsel would commit blantant misconduct, such as, filing pleadings on behalf of his client as if he is consulting with his client, giving the best possible legal advise.

The Plaintiff respectfully objects to counsel's motion to withdraw, and asks this Court to put counsel in contempt.

Respectfully,

*[signature]*

Date: 5-21-21

(2)

Miles Davis 176948
Kinross Correctional Facility
4533 W. Industrial Park Drive
Kincheloe, Michigan 49788



5/24/21

Clerk of the Court
United States District Court
1000 Washington Ave.
P.O. Box 913
Bay City, Michigan 48707


THOMAS L. LUDINGTON
U.S. DISTRICT JUDGE


CLERK'S OFFICE
DETROIT