

**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Michigan*

*Detroit, MI   48226*

January 26, 2022

MEMORANDUM TO:     United States District Court Eastern District of Michigan

FROM:              Tanya Miller, Administrative Officer, U.S. Marshal Service

SUBJECT:           Case No. 19-13062, Miles Davis vs. Antonio Alvarez

In the above referenced case below are the sequence of events:

12/26/2019: USMS employee signed and acknowledged receipt of documents as well as signed US Marshal copy of waivers for Antonio Alvarez, Jim Terry and Trinity Service Group.

12/29/2020: USMS employee received an order from Judge Elizabeth Stafford's case manager, Marlena Williams, ordering the attorney, Alexander B. Chosid, to provide USMS with alternative address for Antonio Alvarez

2/8/2021: USMS employee received an email from Alex Chosid containing Antonio Alvarez is 653 S. Madison #B25, Adrian, MI 49221. USMS employee acknowledged receipt of the address via email

2/8/2021: the Clerk's office issued a new set of documents to USMS to serve on Antonio Alvarez, listing his address as "address to be provided by USMS" USMS employee emailed these new documents to MDOC.

1/19/22 USMS received the service documents from the Clerks Office with the alternative address for Alvarez and they were served via Certified Mail on 1/21/22.

Clerk

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

MILES DAVIS, 176948,

        Plaintiff(s),                      Case No. 19-13062

v.                                        Judge Linda V. Parker

ANTONIO ALVAREZ,              Magistrate Judge Elizabeth A. Stafford

        Defendant(s).
_____/

## ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS

The following documents were delivered to the U.S. Marshal Service for service of process in a prisoner matter:

    1) Order Directing Service/Reservice dated 1/10/2022 ;

    2) USM 285 and Summonses or Waiver of Summons forms (copies attached);

    3) Copies of Complaint.

Date: January 19, 2022                       s/Julie Owens
                                                         Deputy Clerk

## ACKNOWLEDGMENT

UNITED STATES MARSHAL SERVICE

Date: 1/20/2022                                            _____
                                                                   Signature or Stamp

[Stamp: 2022 JAN 20 PM 2:36 UNITED STATES MARSHALS SERVICE EASTERN DETROIT]

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MILES DAVIS, 176948 | 19-13062 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ANTONIO ALVAREZ | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ANTONIO ALVAREZ, Trinity Employee

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Address Provided to the U.S. Marshal separately

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Miles Davis, 176948
KINROSS CORRECTIONAL FACILITY, 4533 W. Industrial Park Drive
Kincheloe, MI 49786

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
Marlena Williams
TELEPHONE NUMBER: 313-234-5000
DATE: 1/19/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 039
District to Serve No. 039
Signature of Authorized USMS Deputy or Clerk
Date: 1/20/22

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date | Time [ ] am [ ] pm
Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 01/21